THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES LUCIANO, THOMAS PENNOCHIO, DAVID BETILLO, JAMES FREDERICO, ABRAHAM WAHRMAN and RALPH LIGUORI, Appellants.

Submitted October 4, 1937; decided October 6, 1937.

*William Copeland Dodge, District Attorney (Thomas E. Dewey* and *Stanley H. Fuld* of counsel), for motion.

*Martin Conboy, David Asch, F. W. H. Adams, Moses Polakoff, George Morton Levy, Samuel Hassen, Joseph Selman* and *Lorenzo C. Carlino* opposed.

548

Motion to eliminate the supplemental record and to dismiss appeal granted to this extent: Motion to eliminate from the record on appeal all proceedings upon the motion for a new trial upon the ground of newly-discovered evidence is granted. This court has no power to review the discretionary order made on such motion except in cases of murder in the first degree.